IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ELIZA MORRILL, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOUNTAINTOP INN & RESORT, LLC; ) | |
| MTI HOLDINGS, LLC; THORNADO OF ) | |
| GEORGIA, LLC; ) | |
| MICHAEL MELHADO; and ) | |
| CHRIS KEHN, ) | |
| ) | |
| Defendants. ) | |

**SUMMONS**

To the Above Named Defendant:

Mountaintop Inn & Resort, LLC
177 Royal Lodge Drive
Warm Springs, Georgia 31830

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

David R. Helmick, Esquire
Waldrep, Mullin & Callahan, LLC
Post Office Box 351
Columbus, Georgia   31902-0351

an answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This _____ day of January, 2017.

Clerk of District Court, Middle District of Georgia

_____
Clerk /Deputy Clerk